BRAD D. BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
Gregory.Weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
Susan.Nash@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
JOSEPH R. FRANCIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSEPH R. FRANCIS,<br><br>            Defendant. | Case No. CR 08-494-SJO<br><br>**JOINT STATEMENT RE DOUBLE JEOPARDY**<br><br>Trial Date: October 14, 2009<br>Ctrm.:       880 (Hon. S. James Otero) |

8598421.1

JOINT STATEMENT RE DOUBLE
JEOPARDY

As stated by counsel for the government and for the defense at the August 17, 2009 hearing in this matter, jeopardy does not attach until the jury is empaneled and sworn. *See Crist v. Bretz*, 437 U.S. 28, 35 (1978); *United States v. Bonas*, 344 F.3d 945, 950 (9th Cir. 2003).

DATED: August 18, 2009

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

*/s/ Caryn D. Mark*
CARYN D. MARK
JOHN P. SCULLY
Trial Attorneys
U.S. Department of Justice
Tax Division
Western Criminal Enforcement Section
Attorneys for Plaintiff
United States of America

MUNGER, TOLLES & OLSON LLP
BRAD D. BRIAN
GREGORY J. WEINGART
SUSAN E. NASH
ADAM R. LAWTON

By:   /s/Susan E. Nash
SUSAN E. NASH
Attorneys for Defendant
JOSEPH R. FRANCIS